UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN MARTINEZ GAMEZ et al.,<br><br>Defendants. | CASE NO. 2:25-cr-00211-JNW<br><br>ORDER ON MOTION TO RE-OPEN DETENTION HEARING/REVIEW ORDER OF DETENTION |

This matter comes before the Court on Defendant Jordan Martinez Gamez's Motion to "Re-Open Detention Hearing/Review Order of Detention." Dkt. No. 51. Defendant asks not only that the hearing be reopened, but that he be released immediately on an appearance bond. The United States opposes immediate release but does not oppose reopening detention proceedings. Dkt. No. 52.

Under 18 U.S.C. § 3142(f), a detention hearing may be reopened if information exists that was not known to the movant at the time of the hearing and that has a material bearing on whether conditions of release will reasonably assure the defendant's appearance and the safety of the community. Defendant has now secured a verified residence address that was unavailable at the time of the initial

ORDER ON MOTION TO RE-OPEN DETENTION HEARING/REVIEW ORDER OF DETENTION - 1

hearing. That information is material to the release analysis and warrants reopening.

Whether that information warrants release is a separate question—one that cannot be resolved on this record. The Government has advised the Court that it possesses new inculpatory evidence, including a report of Defendant's post-arrest statements and a forensic extraction of his cellular phone containing images of apparent distribution quantities of controlled substances and multiple firearms, which it intends to present at the reopened hearing. Dkt. No. 52. Immediate release is not appropriate before that evidence is heard.

Accordingly, Defendant's motion is GRANTED in part. Dkt. No. 51. The Clerk is DIRECTED to refer this matter to Magistrate Judge Michelle L. Peterson for a detention hearing at the court's earliest convenience.

Dated this 6th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER ON MOTION TO RE-OPEN DETENTION HEARING/REVIEW ORDER OF DETENTION - 2